ARLENE S. GARLAND, as Executrix of RICHARD T. SHANOR and GANELLE M. SHANOR, Deceased, Appellant, v RLI INSURANCE COMPANY, Respondent, et al., Defendant.

Submitted December 5, 2011; decided January 17, 2012

Reported below, 79 AD3d 1576.

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution. The December 2008 Supreme Court order was the final paper in this action.

———

THE GOLDMAN SACHS GROUP, INC., Respondent, et al., Plaintiff, v ALMAH LLC, Appellant.

Submitted December 5, 2011; decided January 17, 2012

Reported below, 85 AD3d 424.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

———

GS PLASTICOS LIMITADA, Appellant, v BUREAU VERITAS, Respondent, et al., Defendant.

Submitted December 5, 2011; decided January 17, 2012

Reported below, 80 AD3d 511.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 17 NY3d 714 (2011)].